PAULINE HANDSHOE, Respondent, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.*

Supreme Court, Appellate Term, First Department, March 29, 1935.

---

* Revg. 154 Misc. 7.

316

*Alexander & Green*, for the appellant.

*Hyman J. Goldberg*, for the respondent.

PER CURIAM. Under the terms of the agency contract the plaintiff's assignor was not entitled to commissions on premiums waived by the company pursuant to the policy during the period of disability.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur. Present — LYDON, FRANKENTHALER and SHIENTAG, JJ.